IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
AUG 19 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

SHERON O'DELL GENTRY,

    Plaintiff,

v.    Civil Action No. 3:14CV279

DIRECTOR CHARLES SAMUELS, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on May 21, 2014, the Court conditionally docketed the action. Sheron O'Dell Gentry requested leave to proceed in forma pauperis. By Memorandum Order entered on July 2, 2014, the Court directed Gentry to pay an initial partial filing fee of $8.66 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Gentry has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Gentry is not entitled to proceed in forma pauperis. Gentry's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Gentry.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: August 18, 2014
Richmond, Virginia